```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                          Criminal No. 09-cr-139-01-JD

Luigi Lobrutto

O R D E R

The assented to motion to reschedule jury trial (document no. 18 ) filed by defendant is granted in part. The continuance is limited to 60 days; Trial is continued to the two-week period beginning March 16, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                ***Joseph A. DiClerico, Jr.***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: January 14, 2010


cc:   All Counsel
      U.S. Marshal
      U.S. Probation