```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 09-cr-139-01-JD

Luigi Lobrutto


O R D E R

The assented to motion to reschedule jury trial (document no. 30 ) filed by defendant is granted; Trial is continued to the two-week period beginning August 17, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.


                                                *Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  April 27, 2010



cc:   Jeffrey S. Levin, Esq.
      Mark S. Zuckerman, Esq.
      U.S. Marshal
      U.S. Probation